# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

    v.	**APPEARANCE**

        CASE NO. 3:02CR288(CFD)

JOSE SERRANO

To the Clerk of this Court and all parties of record:

    Enter my Appearance as counsel in this case for:

**JOSE SERRANO**

Date:  January 3, 2005	/s/
        *Signature*

Bar No.: ct00023	 Terence S. Ward
        *Print Name*

        *OFFICE OF THE FEDERAL DEFENDER*
        *Firm Name*

        10 Columbus BLVD, FL 6
        *Address*

        Hartford,          CT        06106-1976
        *City            State    Zip Code*

        (860) 493 6260
        *Phone Number*

*I hereby certify that copies have been mailed/hand-delivered to counsel of record as listed below, this date: January 3, 2005 to Anastasia Enos,, Asst. United States Attorney, United States Attorney's Office, 450 Main Street, Hartford, CT 06103; Brendan Pierpaoli, United States Probation Office, 915 Lafayette Blvd., Bridgeport, CT 06604.*

        /s/
        *Signature*