AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

District of **Connecticut**

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| JOSE A. SERRANO | Case Number:   3:02CR00288(CFD) |
|  | USM Number:   55552-065 |
|  | Deirdre A. Murray, Assistant Federal Public Defender |
|  | Defendant's Attorney |

**THE DEFENDANT:**

■ admitted guilt to violation of condition(s) **Standard conditions 3,12** of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. | 1/5/05 |
| 2 | The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month. | 1/5/05 |

The defendant is sentenced as provided in pages 2 through **3** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 2348

Defendant's Date of Birth: 1957

Defendant's Residence Address:

131 Fairview Ave.

Bridgeport, CT 06604

Defendant's Mailing Address:

c/o Bridgeport Correctional Center

1106 North Avenue; P. O. Box 6490

Bridgeport, CT  06604

January 5, 2005
Date of Imposition of Judgment

Signature of Judge

The Honorable Christopher F. Droney, U.S. District Judge
Name and Title of Judge

January 28, 2005
Date

AO 245D  (Rev. 12/03 Judgment in a Criminal Case for Revocations
          Sheet 2— Imprisonment

| | | Judgment — Page 2 of 3 |
|---|---|---|
| DEFENDANT: | Serrano | |
| CASE NUMBER: | 3:02CR00288(CFD) | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

  9 months consecutive to his state sentence which expires on or about May 22, 2005.

X   The court makes the following recommendations to the Bureau of Prisons:
    Complete a mental health assessment and provide treatment services if needed and provide this information to the United States Probation Office. The Court also recommends that the defendant be designated to a BOP facility as close to Connecticut as possible.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐ a.m.  ☐ p.m.  on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 3 — Supervised Release

DEFENDANT:       Serrano                                              Judgment—Page  3  of  3
CASE NUMBER:     3:02CR00288(CFD)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

   12 months - The conditions of his supervised release in the underlying judgment are reimposed. In addition, the Defendant shall participate in a mental health program approved by the U. S. Probation Office.

   The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.